Robert BRADLEY, Jr., Appellant,

v.

ASHBERRY PARK APARTMENTS;
Little Rock Police Department,
Appellees.

No. 04–1816.

United States Court of Appeals,
Eighth Circuit.

Submitted July 22, 2004.

Decided July 28, 2004.

Robert Bradley, Jr., Pine Bluff, AR,
Plaintiff–Appellant Pro Se.

Before MELLOY, LAY, and
COLLOTON, Circuit Judges.

PER CURIAM.

Robert Bradley, Jr. appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 complaint for lack of subject matter jurisdiction. After de novo review, *see Cedar Rapids Cellular Tel., L.P. v. Miller,* 280 F.3d 874, 878 (8th Cir.2002), we conclude the district court correctly determined that Bradley did not plead facts establishing either federal question or diversity jurisdiction.

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

Accordingly, we affirm. *See* 8th Cir. R. 47B.